

NUMBER 13-16-00597-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

DANIEL URIBE,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

On appeal from the 117th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Longoria**

This appeal was abated by this Court on July 5, 2017 to determine whether appellant has abandoned his appeal. This cause is now before the Court because appellant, Daniel Uribe, by and through his attorney, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). Accordingly, this case is hereby REINSTATED.

Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
27th day of July, 2017.